IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKEENA SOLAR, INC. and ANDALAY SOLAR, INC.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ZEP SOLAR INC., GLOBAL RESOURCE OPTIONS, INC. dba GROSOLAR, and HIGH SUN TECHNOLOGY, INC.,<br><br>    Defendants.<br>_____/ | No. C 09-05040 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

This matter is set for a hearing on February 12, 2010 on the motion to dismiss filed by Zep Solar, Inc. and High Sun Technology, Inc. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than December 30, 2009 and a reply brief shall be filed by no later than January 8, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: December 15, 2009

                                                            JEFFREY S. WHITE<br>
                                                            UNITED STATES DISTRICT JUDGE