United States District Court

For the Northern District of California

1

2

3

4

5

6                      IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   AKEENA SOLAR, INC. and ANDALAY
    SOLAR, INC.,

10                                                No. C 09-05040 JSW

                  Plaintiffs,
11
      v.
12                                                **ORDER SETTING BRIEFING
    ZEP SOLAR INC., GLOBAL RESOURCE              SCHEDULE**
13  OPTIONS, INC. dba GROSOLAR, and HIGH
    SUN TECHNOLOGY, INC.,
14
                  Defendants.
15  _____/

16

17          This matter is set for a hearing on February 12, 2010 on the motion to dismiss filed by

18  Zep Solar, Inc. and High Sun Technology, Inc.  The Court HEREBY ORDERS that an

19  opposition to the motion shall be filed by no later than December 30, 2009 and a reply brief

20  shall be filed by no later than January 8, 2010.

21          If the Court determines that the matter is suitable for resolution without oral argument, it

22  will so advise the parties in advance of the hearing date.  If the parties wish to modify this

23  schedule, they may submit for the Court's consideration a stipulation and proposed order

24  demonstrating good cause for any modification requested.

25          **IT IS SO ORDERED.**

26

27  Dated: December 15, 2009                    _____
                                                JEFFREY S. WHITE
28                                              UNITED STATES DISTRICT JUDGE