**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKEENA SOLAR, INC. and ANDALAY SOLAR, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ZEP SOLAR INC., GLOBAL RESOURCE OPTIONS, INC. dba GROSOLAR, and HIGH SUN TECHNOLOGY, INC., <br><br> Defendants. _____/ | No. C 09-05040 JSW <br><br> **ORDER SETTING BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTION TO STAY** |

This matter is set for a hearing on March 5, 2010 on the motion to stay filed by Zep Solar, Inc., Global Resource Options, Inc. and High Sun Technology, Inc. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than February 11, 2010 and a reply brief shall be filed by no later than February 18, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: January 28, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE