IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKEENA SOLAR, INC. and ANDALAY SOLAR, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ZEP SOLAR INC., GLOBAL RESOURCE OPTIONS, INC. dba GROSOLAR, and HIGH SUN TECHNOLOGY, INC., <br><br> Defendants. | No. C 09-05040 JSW <br><br> **ORDER VACATING HEARING ON DEFENDANTS' MOTION TO STAY** |

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to stay which has been noticed for hearing on Friday, March 19, 2010 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers

**IT IS SO ORDERED.**

Dated: March 15, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE