United States District Court

For the Northern District of California

1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9

AKEENA SOLAR, INC. and ANDALAY
SOLAR, INC.,

10

No. C 09-05040 JSW

Plaintiffs,

11

v.

12

**ORDER VACATING HEARING
ON DEFENDANTS' MOTION TO
STAY**

ZEP SOLAR INC., GLOBAL RESOURCE
OPTIONS, INC. dba GROSOLAR, and HIGH
SUN TECHNOLOGY, INC.,

13
14

Defendants.

15

_____/

16
17

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to stay which has

18

been noticed for hearing on Friday, March 19, 2010 at 9:00 a.m., is appropriate for decision

19

without oral argument.  Accordingly, the hearing date is hereby VACATED.  The motion will

20

be taken under submission and decided on the papers

21

**IT IS SO ORDERED.**

22
23

Dated: March 15, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

24
25
26
27
28