IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AKEENA SOLAR INC,

    Plaintiff,

v.

ZEP SOLAR INC.,

    Defendants.

No. C 09-05040 JSW

**ORDER (1) RESERVING RULING ON DEFENDANT'S MOTION TO STAY AND (2) VACATING CASE MANAGEMENT CONFERENCE**

The Court has received the United States Patent and Trademark Office's ("PTO") Decision *Sua Sponte* Vacating *Inter Partes* Reexamination Filing Date. In light of this decision, the Court reserves ruling on Defendant's Motion to Stay until the PTO either provides a new filing date for Defendant Zep Solar, Inc. request for reexamination or makes a final decision not to provide a new filing date. The parties shall inform the Court of any further action by the PTO within five days of such action.

The Court FURTHER ORDERS that the case management conference scheduled for April 9, 2010 is VACATED and will be reset by the Court if necessary.

**IT IS SO ORDERED.**

Dated: April 2, 2010

                                                JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE