**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKEENA SOLAR, INC. and ANDALAY SOLAR, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ZEP SOLAR INC., GLOBAL RESOURCE OPTIONS, INC. dba GROSOLAR, and HIGH SUN TECHNOLOGY, INC., <br><br> Defendants. | No. C 09-05040 JSW <br><br> **ORDER TO DEFENDANTS TO SHOW CAUSE** |

On June 10, 2011, the Defendants filed their opposition to Plaintiffs' Motion to Lift the Stay in this case. Defendants' opposition brief exceeds the page limitations permitted by this Court's Standing Order ¶ 6, which limits briefs to fifteen pages, and they did not seek leave of court to exceed that page limit. Accordingly, Defendants are HEREBY ORDERED TO SHOW CAUSE as to why the Court should not strike their opposition brief. Defendants' response shall be due by no later than June 15, 2011. Pending further order of the Court, Plaintiffs reply brief remains due on June 17, 2011, but if Plaintiffs seek leave to file excess pages in support of their brief, they must submit that request by no later than June 15, 2011.

**IT IS SO ORDERED.**

Dated: June 13, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE