United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKEENA SOLAR, INC. and ANDALAY SOLAR, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ZEP SOLAR INC., GLOBAL RESOURCE OPTIONS, INC. dba GROSOLAR, and HIGH SUN TECHNOLOGY, INC., <br><br> Defendants. <br><br> _____ / | No. C 09-05040 JSW <br><br> **ORDER DISCHARGING ORDER TO SHOW CAUSE AND (1) GRANTING PLAINTIFFS AND EXTENSION OF TIME TO FILE A REPLY AND (2) DIRECTING DEFENDANTS TO FILE SUPPLEMENTAL OPPOSITION BRIEF; (3) AND CONTINUING HEARING ON MOTION TO LIFT STAY** |

On June 13, 2011, this Court issued an Order to Show Cause to Defendants directing Defendants to show cause why the Court should not strike their opposition brief, which exceeded this Court's page limits. The Court has considered Defendants' response, and concludes that they have not shown good cause for exceeding the page limitations. Indeed, Defendants have submitted a supplemental opposition that complies with this Court's page limits, which suggests that the additional pages were not necessary.

Accordingly, Defendants shall formally withdraw the opposition brief at Docket No. 63, and shall file the Supplemental Opposition submitted as Exhibit A to their response to the Order to Show Cause. Plaintiffs shall file a reply to the Supplemental Opposition by June 22, 2011. The Court shall continue the hearing from July 1, 2011 to July 8, 2011. If the Court finds the

matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

**IT IS SO ORDERED.**

Dated: June 15, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE