RODERICK M. THOMPSON (State Bar No. 96192)
  rthompson@fbm.com
JEFFREY M. FISHER (State Bar No. 155284)
  jfisher@fbm.com
DEEPAK GUPTA (State Bar No. 226991)
  dgupta@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendants
ZEP SOLAR, INC., GLOBAL RESOURCE OPTIONS,
INC. and HIGH SUN TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AKEENA SOLAR, INC., a Delaware corporation; and ANDALAY SOLAR, INC., a California corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>ZEP SOLAR, INC., a California corporation; GLOBAL RESOURCE OPTIONS, INC. dba GROSOLAR, a Delaware corporation; and HIGH SUN TECHNOLOGY, INC., a California corporation,<br><br>　　　　　　Defendants. | Case No. 3:09-CV-5040 JSW<br><br>[PROPOSED] ORDER GRANTING MOTION FOR A SUPPLEMENTAL STAY PURSUANT TO 28 U.S.C. § 1659 PENDING RELATED UNITED STATES INTERNATIONAL TRADE COMMISSION INVESTIGATION AS MODIFIED<br><br>Date:　　　　March 16, 2012<br>Time:　　　　9:00 a.m.<br>Courtroom:　11, 19th Floor<br>Judge:　　　Hon. Jeffrey S. White |

[PROPOSED] ORDER GRANTING
MOTION FOR STAY
CASE NO. CV 09 5040 JSW

1  Based on Plaintiffs' non-opposition, and

**ORDER**

2  Pursuant to 28 U.S.C. § 1659(a), this Court HEREBY ORDERS that this case is

3  supplementally stayed pending disposition of the United States International Trade Commission

4  Proceedings styled *In the Matter of Certain Integrated Solar Power Systems And Components

5  Thereof*, Investigation No. 337-TA-811. ~~The Court hereby vacates its requirement that the parties

6  provide status reports every four months.~~ **The parties shall provide status reports every *six* months, so that the Court may keep track of the progress of all proceedings.**

7  IT IS SO ORDERED.

8

9  Dated: December 9, 2011

_____
Hon. Jeffrey S. White
United States District Court Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER GRANTING MOTION
FOR STAY
CASE NO. CV 09 5040 JSW

- 2 -

25142\2883257.1