1  RODERICK M. THOMPSON (State Bar No. 96192)
     rthompson@fbm.com
2  JEFFREY M. FISHER (State Bar No. 155284)
     jfisher@fbm.com
3  DEEPAK GUPTA (State Bar No. 226991)
     dgupta@fbm.com
4  FARELLA BRAUN + MARTEL LLP
   235 Montgomery Street, 17th Floor
5  San Francisco, CA 94104
   Telephone: (415) 954-4400
6  Facsimile: (415) 954-4480

7  Attorneys for Defendants
   ZEP SOLAR, INC., GLOBAL RESOURCE OPTIONS,
8  INC. and HIGH SUN TECHNOLOGY, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| AKEENA SOLAR, INC., a Delaware corporation; and ANDALAY SOLAR, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ZEP SOLAR, INC., a California corporation; GLOBAL RESOURCE OPTIONS, INC. dba GROSOLAR, a Delaware corporation; and HIGH SUN TECHNOLOGY, INC., a California corporation,<br><br>Defendants. | Case No. 3:09-CV-5040 JSW<br><br>[PROPOSED] ORDER GRANTING MOTION FOR A SUPPLEMENTAL STAY PURSUANT TO 28 U.S.C. § 1659 PENDING RELATED UNITED STATES INTERNATIONAL TRADE COMMISSION INVESTIGATION AS MODIFIED<br><br>Date: March 16, 2012<br>Time: 9:00 a.m.<br>Courtroom: 11, 19th Floor<br>Judge: Hon. Jeffrey S. White |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER GRANTING
MOTION FOR STAY
CASE NO. CV 09 5040 JSW

25142\2883257.1

1 Based on Plaintiffs' non-opposition, and **ORDER**

2 Pursuant to 28 U.S.C. § 1659(a), this Court HEREBY ORDERS that this case is

3 supplementally stayed pending disposition of the United States International Trade Commission

4 Proceedings styled *In the Matter of Certain Integrated Solar Power Systems And Components*

5 *Thereof*, Investigation No. 337-TA-811. ~~The Court hereby vacates its requirement that the parties~~

6 ~~provide status reports every four months~~. **The parties shall provide status reports every** *six*

**months, so that the Court may keep track of the**

7 IT IS SO ORDERED. **progress of all proceedings.**

8

9 Dated: December 9, 2011 _____
Hon. Jeffrey S. White
10 United States District Court Judge

11

12

[...]

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER GRANTING MOTION
FOR STAY                                          - 2 -                              25142\2883257.1
CASE NO. CV 09 5040 JSW