UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AKEENA SOLAR, INC., a Delaware corporation; and ANDALAY SOLAR, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ZEP SOLAR, INC., a California corporation; GLOBAL RESOURCE OPTIONS, INC., dba GROSOLAR, a Delaware corporation, and HIGH SUN TECHNOLOGY, INC., a California corporation,<br><br>Defendants. | CASE NO. 3:09-CV-05040-JSW<br>Hon. Jeffrey S. White<br><br>**[Proposed] Order Granting Request for Substitution of Counsel**<br><br><br>Complaint Filed: October 22, 2009 |

WHEREAS Plaintiffs Akeena Solar, Inc. and Andalay Solar, Inc. and the below named counsel have consented to the substitution of J. Rick Taché and Deborah S. Mallgrave of Snell & Wilmer L.L.P. at 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626-7689; Telephone: 714-427-7000; Facsimile: 714-427-7799, in place of Megan Whyman Olesek, Frank Bernstein and Lisa Grew of Kenyon & Kenyon LLP.

IT IS HEREBY ORDERED that Snell & Wilmer L.L.P. shall be substituted as counsel of record in the above-referenced action.

Dated: February __1__, 2012

_____
Hon. Jeffrey S. White

Order Granting Request for Substitution of Counsel
(No. 3:09-CV-05040-JSW)

14438129.1

*Akeena Solar, Inc. et al. v. Zep Solar, Inc., et al.*
**US District Court, Northern District of CA, Case No. CV09-05040 JSW**

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2012, I electronically filed the document described as **[Proposed] Order Granting Request for Substitution of Counsel** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Jeffrey M. Fisher<br>Deepak Gupta<br>Farella Braun & Martel LLP<br>235 Montgomery Street, 17th Fl.<br>San Francisco, CA 94104<br><br>jfisher@fbm.com<br>dgupta@fbm.com | Attorneys for Zep Solar, Inc., Global Resource Options, Inc. dba Grosolar, and High Sun Technology, Inc.<br>Tel: 415-954-4400<br>Fax: 415-954-4480 |

Dated: January 31, 2012         SNELL & WILMER L.L.P.


By: *s/Deborah S. Mallgrave*
 J. Rick Taché
 Deborah S. Mallgrave

14438170.1

Certificate of Service
CV11-6493 MEJ